1 **ELLIS M. JOHNSTON III**
California Bar No. 223664
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
ellis_johnston@fd.org
5
6 Attorneys for Defendant Mr. Pineda Segura
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )   Case No. 07mj2725
                                  )
12           Plaintiff,            )
                                  )
13 v.                              )
                                  )   **NOTICE OF APPEARANCE**
14 CARLOS PINEDA SEGURA,           )
                                  )
15           Defendant.            )
                                  )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                          Respectfully submitted,
21 Dated: November 27, 2007           *s/ Ellis M. Johnston, III*
                                      Federal Defenders of San Diego, Inc.
22                                    Attorneys for Defendant
                                      ellis_johnston@fd.org
23
24
25
26
27
28